UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PADGETT BROTHERS LLC, | ) |
| Plaintiff, | ) |
| vs. | ) 1:10-cv-00858-RLY-DML |
| A.L. ROSS & SONS, INC., | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

The court, having granted summary judgment in favor of Plaintiff on September 3, 2013, having determined damages in its Findings of Fact and Conclusion of Law on July 16, 2014, and having denied Defendant's motion to alter/amend judgment on this date, now enters final judgment in favor of Plaintiff. This case is now closed.

**SO ORDERED** this 30th day of September 2014.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record

1